IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN THOMAS BECHARD,

    Plaintiff,

v.

                                    Case No. 20-cv-818-jdp

LISA WALKER AND RYAN KULINSKI,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered for defendants and this case is dismissed with prejudice as frivolous.

| /s/ | 10/29/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |